**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:
MARISOL LOPEZ                                                              CASE NO. 8:09-bk-18841-RCT

_____Debtor(s)_____/

**TRUSTEE'S REPORT OF UNCLAIMED FUNDS**

COMES NOW, DOUGLAS N. MENCHISE, as Trustee of the above-captioned matter, and respectfully states that, pursuant to the orders of distribution, he has disbursed the entire amount in the Trustee's account, and all checks have cleared with the exception of the following:

| Claim # | Check # | Claimant | Amount |
|---|---|---|---|
| Surplus Funds | 20101 | Marisol Lopez<br>2005 St. George Drive<br>Bradenton, FL 32408 | $18,436.09 |

More than ninety (90) days have elapsed since the declaration and distribution of the final dividend, and pursuant to 11 U.S.C. § 347 and Fed. R. Bankr. P. 3011, the Trustee shall provide a check made payable to the U.S. Bankruptcy Court in the amount of $18,436.09 to the clerk of the court for deposit in the "unclaimed funds account," and states that the claimants entitled thereto are as listed above.

I hereby certify that a true and correct copy of the above and foregoing has been furnished by ELECTRONIC NOTIFICATION to the U.S. Trustee, USTPRegion21.TP.ECF@USDOJ.GOV, on March 25, 2022.

   /s/   Douglas N. Menchise
DOUGLAS N. MENCHISE
Chapter 7 Trustee
P.O. Box 14957
CLEARWATER, FL 33766
(727) 797-8384