**[Dogmuf]** [Order Granting Motion for Payment Unclaimed Funds]

ORDERED.

Dated: **July 27, 2022**

Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Marisol Lopez

Case No.
8:09−bk−18841−RCT
Chapter 7

_____Debtor*_____/

### ORDER GRANTING MOTION FOR PAYMENT OF UNCLAIMED FUNDS

THIS CASE came on for consideration without a hearing July 12, 2022 on the Motion for Payment of Unclaimed Funds (Document No. 35) , by Plainsong Funds Recovery, LLC as assignee to Marisol Lopez (the Motion). Having verified that the sum of $ 18,436.09 has been deposited in the Unclaimed Funds Registry of the Court, the Court finds that the Motion should be granted.

Accordingly it is

**ORDERED:**

1. The Motion is Granted.

2. After the expiration of 14 days from the date of this order, the Court's Financial Deputy shall prepare a payment voucher to be sent to the United States Treasury, for payment of the sum of $ 18,436.09 to:

Plainsong Funds Recovery, LLC
15411 W. Waddell Rd., Suite 102−148
Surprise, AZ 85379

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

The Clerk's office is directed to serve a copy of this order on interested parties.